CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 South 4th Street
Las Vegas, Nevada 89101
(702) 384-5563
ctr@rasmussenlaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00133-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| ROBERTO BLANCAS-MATA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, ROBERTO BLANCAS-MATA, by and through his counsel, Chris T. Rasmussen, Esq., and the United States America, by its counsel Kevin D. Schiff, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on June 2, 2021 at 11:30 a.m. be vacated and continued for 60 days or for a time suitable to the court.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. Counsel for Defendant needs additional time to adequately prepare for sentencing;

3. Defendant is not in custody. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by 60 days.

1

6. This is the first request for continuance.

DATED this 20th day of May, 2021.

| | |
|---|---|
| /s/ Chris T. Rasmussen | /s/ Melanee Smith |
| CHRIS T. RASMUSSEN, ESQ.<br>Attorney for Defendant | MELANEE SMITH<br>Assistant United States Attorney |

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 South 4th Street
Las Vegas, Nevada 89101
(702) 384-5563
ctr@rasmussenlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00133-APG-VCF |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| ROBERTO BLANCAS-MATA, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for Defendant needs additional time to adequately prepare for sentencing;

3. Defendant is not in custody. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for 60 days.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERTO BLANCAS-MATA,

    Defendant.

Case No.: 2:19-cr-00133-APG-VCF

**ORDER**

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for June 2, 2021, at the hour of 11:30 a.m., be vacated and continued to August 4, 2021, at the hour of 10:00 a.m./p.m. in Courtroom 6C.

DATED this 21st day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE